IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RENEE RODRIGUEZ,**

    **Plaintiff,**

v.                        Case No. 4:16cv350-MW/CAS

**CORIZON HEALTH CORP.,**
**et al.,**

    **Defendants.**
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 5. Upon consideration, no objections having been filed by the parties,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED** without prejudice for Plaintiff's failure to comply with an order of this Court." The Clerk shall close the file.

SO ORDERED on August 24, 2016.

                                            **s/Mark E. Walker**
                                            **United States District Judge**